No. 1,925.—HARRIS, ADMINISTRATOR, APPELLANT, *v.* ROOT ET AL., RESPONDENTS.

*Appeal from District Court, Silver Bow County; E. W. Harney, Judge.*

On application for an injunction, and on motion for a stay.

Decided March 30, 1903.

PER CURIAM.—The application for an injunction herein, and the motion to stay the *remittitur* in cause numbered 1,799, entitled *In re Davis' Estate, Leyson et al.* v. *Root et al.* (27 Mont. 490, 71 Pac. 757), is hereby denied.

*Mr. E. N. Harwood, and Mr. John Lindsay,* for Appellant.

*Mr. Charles R. Leonard,* and *Mr. M. S. Gunn,* for Respondents.